# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CORRALES ORTIZ, | Case No. 1:21-cv-01780-JLT-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| NISSAN NORTH AMERICA, INC., | (ECF No. 10) |
| Defendant. | **SIXTY-DAY DEADLINE** |

This action was filed on December 16, 2021.  (ECF No. 1.)  On March 3, 2022, the parties filed a joint notice of settlement.  (ECF No. 10.)  The notice of settlement indicates a written settlement agreement was executed by the parties on March 2, 2022.  The parties request the Court grant them sixty days to file the dispositional documents or a motion to reopen if the settlement has not been consummated by that time.  The parties indicate they seek sixty days in order to ensure the terms of the settlement are completed and all payments are made.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b).  Generally, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement.  Nonetheless, the Court shall grant the parties' requested extension.  However, the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause.  Further, the parties

are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of entry of this order.

IT IS SO ORDERED.

Dated:  **March 4, 2022**

UNITED STATES MAGISTRATE JUDGE